Alex R. Straus, SBN 321366
astraus@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARIA LOPEZ, GREGORY KILCREASE, VERONICA HOWARD and REGINA ROGERS and on Behalf of Themselves and Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ONVOY, LLC; INTELIQUENT, INC.; IP HORIZON COMMUNICATIONS LLC; HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA); SOCIAL FINANCE, INC.; SOFI LENDING CORP; DOE TELEMARKETING COMPANIES 1-10 and JOHN DOES 1-10,<br><br>    Defendants. | Case No.: 4:22-cv-01607-HSG<br><br>Hon. Haywood S. Gilliam, Jr. |

**ORDER DISMISSING DEFENDANTS SOCIAL FINANCE, INC. AND SOFI LENDING CORP. WITHOUT PREJUDICE**

Plaintiffs Maria Lopez, Gregory Kilcrease, Veronica Howard and Regina Lopez voluntarily dismiss all individual and class claim against Social Finance, Inc. and SoFi Lending Corp. without prejudice.

**SO ORDERED:**

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge