Alex R. Straus, SBN 321366
astraus@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MARIA LOPEZ, GREGORY KILCREASE, VERONICA HOWARD and REGINA ROGERS and on Behalf of Themselves and Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ONVOY, LLC; INTELIQUENT, INC.; IP HORIZON COMMUNICATIONS LLC; HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA); DOE TELEMARKETING COMPANIES 1-10 and JOHN DOES 1-10, <br><br> Defendants. | Case No.: 4:22-cv-01607-HSG <br><br> Hon. Haywood S. Gilliam, Jr. |

### ORDER DISMISSING DEFENDANT HIGHER EDUCATION AUTHORITY OF THE STATE OF MISSOURI (MOHELA) WITHOUT PREJUDICE

Plaintiffs Maria Lopez, Gregory Kilcrease, Veronica Howard and Regina Lopez voluntarily dismiss all individual and class claim against Higher Education Authority of the State of Missouri (MOHELA) without prejudice.

**SO ORDERED:**

Hon. Haywood S. Gilliam, Jr.
United States District Judge

- 1 -