| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Milberg Coleman Bryson Phillips Grossman, PLLC<br>900 W. Morgan Street<br>　　　　TELEPHONE NO.: 919-600-5008　　　FAX NO. *(Optional)*:<br>　　　　E-MAIL ADDRESS *(Optional)*:<br>　　　　ATTORNEY FOR *(Name)*: MARIA LOPEZ, GREGORY KILCREASE, VERONICA HOWARD, AND REGINA ROGERS ET AL. | FOR COURT USE ONLY |
|---|---|
| **United States District Court, Northern District of California**<br>　　　STREET ADDRESS: 1301 Clay St. Suite 400 S<br>　　　MAILING ADDRESS: 1301 Clay St. Suite 400 S<br>　　CITY AND ZIP CODE: Oakland 94612<br>　　　　BRANCH NAME: Ronald V. Dellums Federal Building | |
| PLAINTIFF/PETITIONER: **MARIA LOPEZ, GREGORY KILCREASE, VERONICA HOWARD, AND REGINA ROGERS ET AL.** | CASE NUMBER:<br>**3:22-cv-01607-AGT** |
| DEFENDANT/RESPONDENT: **ONVOY LLC., et al.** | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**REF-9753572** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **Summons; Complaint; Exhibits; Civil Cover sheet; Civil Standing Order; Settlement Conference Standing Order; Consenting to the Jurisdiction of a Magistrate judge; Joint Statement Proposed Order; Standing Order all Judges**

3. a. Party served *(specify name of party as shown on documents served)*:
   **MOHELA (Higher Education Loan Authority of the State of Missouri)**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
   **633 Spirit Drive, Chesterfield, MO 63005**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **03/22/2022** at *(time)*: **4:08 PM**

   b. [ ] **by substituted service.** On *(date)*:　　　at *(time)*:　　　I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   　　(1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   　　(2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   　　(3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   　　(4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:　　　from *(city)*:　　　or [ ] a declaration of mailing is attached.

   　　(5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

BY FAX

Page 1 of 3
Form Adopted for Mandatory Use
Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10
Tracking #: 0084606498

REF: **REF-9753572**

| PLAINTIFF/PETITIONER: MARIA LOPEZ, GREGORY KILCREASE, VERONICA HOWARD, AND REGINA ROGERS ET AL. | CASE NUMBER: 3:22-cv-01607-AGT |
|---|---|
| DEFENDANT/RESPONDENT: ONVOY LLC., et al. | |

    c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

        (1) on *(date)*:        (2) from *(city)*:

        (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

        (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

    d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*  **MOHELA (Higher Education Loan Authority of the State of Missouri)**
      under the following Code of Civil Procedure section:

      | | |
      |---|---|
      | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
      | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
      | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
      | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
      | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
      | | ☐ other: |

7. **Person who served papers**
   a. Name: **Richard Hopson**
   b. Address: **3624 Diamond Head Dr, St Louis, MO 63125**
   c. Telephone number: **314-596-8591**
   d. The fee for service was: **$ 85.00**
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor.   For:
         (ii) ☐ Registration No.:   Registration #:
         (iii) ☐ County:   County:

BY FAX

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or

Page 2 of 3

POS-010 [Rev. January 1, 2007]     **PROOF OF SERVICE OF SUMMONS**     Tracking #: **0084606498**


REF: **REF-9753572**

9.  ☐  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 03/23/2022

**Richard Hopson**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*Richard Hopson*
(SIGNATURE)

Page 3 of 3

REF: **REF-9753572**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0084606498**

