Alex R. Straus, SBN 321366
astraus@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive, Ste PH
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176

*Counsel for Plaintiff and Proposed Classes*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MARIA LOPEZ, GREGORY KILCREASE, VERONICA HOWARD and REGINA ROGERS and on Behalf of Themselves and Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ONVOY, LLC; INTELIQUENT, INC.; IP HORIZON COMMUNICATIONS LLC; HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA); SOCIAL FINANCE, INC.; SOFI LENDING CORP; DOE TELEMARKETING COMPANIES 1-10 and JOHN DOES 1-10, <br><br> Defendants. | Case No.: 4:22-cv-01607-HSG <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> Date: <br> Time: <br> Location:  Courtroom 2, Fourth Floor <br>              United States Courthouse <br>              1301 Clay Street <br>              Oakland, California 94612 |

## PLAINTIFFS' VOLUNTARY DISMISSAL OF CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Maria Lopez, Gregory Kilcrease, Regina Rogers, and Veronica Howard ("Plaintiffs"), through counsel, hereby voluntarily dismiss all claims without prejudice against Defendants Onvoy, LLC, Inteliquent, Inc., and IP Horizon Communications LLC.

Dated: June 16, 2022.

/s/ Alex R. Straus
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

- 1 -

Plaintiffs' Voluntary Dismissal of Claims

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Alex Straus (SBN 321366)
280 S. Beverly Drive, Ste PH
Beverly Hills, CA 90212
Telephone: (917) 471-1894
*Counsel for Plaintiffs and the Proposed Classes*

- 2 -
Plaintiffs' Voluntary Dismissal of Claims